UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., a  :
Florida not for profit corporation, and BONNIE :
KRAMER, Individually,        :
              :
    Plaintiffs,      : Case No. 1:07-cv-6362
vs.             :
             : Judge Joan H. Lefkow
TOWN & COUNTRY CHICAGO ASSOCIATES, :
LLC,  A Foreign Limited Liability Company,  :
             :
    Defendant.     :
_____/ :

## FED.R.CIV.P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

PURSUANT TO Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, and by and

through  counsel, Plaintiff, DISABLED PATRIOTS OF AMERICA, INC., hereby represents

that it has no corporate or other parents, subsidiaries, or affiliates, securities or other interests

which are publicly-held.

         Respectfully Submitted,


By:__/s/ Thomas B. Bacon, Esq._____
  Thomas B. Bacon, Esq.

Date: November 30, 2007

| | |
|---|---|
| Thomas B. Bacon | Jonathan E. Lerner, Esq. |
| Attorney-At-Law | P.O. Box 694 |
| 1515 Grant St. | Wilmette, IL 60091 |
| Hollywood, FL 33020 | 847-271-2360 |
| N.D. Il. No. tbaco0771 | fx 847-256-3038 |
| ph. (954) 925-6488 | jlernerlaw@aol.com |
| fax (954) 237-5506 | Ill Bar. Id No. 1622242 |
| baconlaw@bellsouth.net | |

Lead Counsel For Plaintiffs    Local Counsel for Plaintiffs