IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,**  Plaintiffs, v. **TOWN & COUNTRY CHICAGO ASSOCIATES, LLC,** A Foreign Limited Liability Company,  Defendant. | : Case No.: 1:07-cv-06362 : : Joan H. Lefkow : : : **PLAINTIFFS'** : **NOTICE OF PENDENCY OF** : **OTHER ACTIONS** : : : : |

_____

      Plaintiffs, DISABLED PATRIOTS OF AMERICA, INC.., and BONNIE BONNIE KRAMER, hereby certify to this Court that the instant action IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court or administrative agency.

      Respectfully Submitted,

*Counsel for Plaintiffs*
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242

Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the persons listed below electronically this December 17, 2007:

Michael L. Leonard, Esq.
Mecker, Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Ph. (312) 474-7925
michael.leonard@mbtlaw.com

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esquire