IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and  BONNIE KRAMER, Individually,<br>Plaintiffs,<br>v.<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company,<br>Defendant. | ) Case No.:  1:07-cv-06362<br>)<br>) Joan H. Lefkow<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:

| | |
|---|---|
| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>1515 Grant Street<br>Hollywood, FL 33020<br>baconlaw@bellsouth.net | Jonathan E. Lerner, Esq.<br>P.O. Box 694<br>Wilmette, IL 60091<br>(Via U.S. Mail) |

PLEASE TAKE NOTICE that on **Tuesday, January 15, 2008 at 9:30 am.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow in Room  1925 or the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following **DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT,** a copy of which is attached hereby served upon you.

Respectfully submitted,

/s/ Michael I. Leonard
One of the attorneys for Defendant

Michael I. Leonard
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
312-474-7925 (phone); 312-474-7898 (fax)

## CERTIFICATE OF SERVICE

I, Michael Leonard, an attorney, certify that on January 4, 2008, the above-referenced documents were filed electronically with the Clerk of the Court using the ECF system.  A copy of the above-mentioned will be sent automatically to Thomas Bacon and a copy will be sent via U.S. mail to Jonathan E. Lerner.

/s/ *Michael I. Leonard*
Michael I. Leonard