Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6362 | **DATE** | 1/14/2008 |
| **CASE TITLE** | Disabled Patriots of America, Inc., et al. vs. Town & Country Chicago Associates, LLC | | |

**DOCKET ENTRY TEXT**

Enter Order approving the scheduling dates provided in the Rule 26(f) Report of the Parties. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 1/23/2008. Non-expert discovery will close on 5/28/2008. Cut-off date for designation of plaintiff's trial expert(s) is 4/23/2008; for defendant's trial expert(s) is 5/23/2008. Any dispositive motion(s) to be filed by 9/23/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|