**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disabled Patriots of America Inc, et al.

                              Plaintiff,

v.                                                Case No.: 1:07−cv−06362
                                                  Honorable Joan H. Lefkow

Town & Country Chicago Associates LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Reply in support of defendant's motion to dismiss or alternatively for a more definite statement [10] due by 1/22/2008. Ruling will issue by mail. Status hearing of 1/29/2008 is stricken and will be reset after ruling on motion.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.