IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DISABLED PATRIOTS OF AMERICA, INC., :
a Florida Not-For-Profit Corporation, and : Case No.: 1:07-cv-06362
BONNIE KRAMER, Individually, :
: Joan H. Lefkow
       Plaintiffs, :
v. :
:
TOWN & COUNTRY CHICAGO :
ASSOCIATES, LLC, A Foreign Limited :
Liability Company, :
:
       Defendant. :

**PLAINTIFFS' AMENDED REQUEST OF ENTRY UPON LAND
FOR INSPECTION AND OTHER PURPOSES**

COME NOW Plaintiffs Disabled Patriots of America, Inc. and Bonnie Kramer, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, request entry upon the Defendant's property known as Town And Country Center, 445 E. Palantine Rd., Arlington Heights, Illinois, for the purpose of inspecting and measuring, surveying, photographing, testing or sampling the property within the scope of Rule 26(b). The area of inspection shall be the following:

    1.     Any and all Parking Area(s) provided for use by the public, customers and invitees;

    2.     Any and all Restrooms, which are provided for use by the public, customers, and invitees;

    3.     Any and all entrances and Path(s) of Travel areas provided for public use;


EXHIBIT A

4.  All access(es) to goods and services throughout the facility; and

5.  Any and all areas of the public accommodation, excepting only work areas used exclusively by employees, which include, but are not limited to, all accessible hotel rooms in the subject property, and all common areas of the public accommodation; and

6.  All other areas cited in the Complaint as being in violation of the ADA.

The time for said entry shall be Monday, February 25, 2008, at 1:30 p.m.. and shall continue until Plaintiffs' inspection shall have been completed. In the event the inspection of the property is not completed in one inspection, same shall be continued on a mutually agreeable time and date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email and U.S. Mail on this January 23, 2008, to:

Michael L. Leonard, Esq.
Mecker, Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
michael.leonard@mbtlaw.com

*Counsel for the Plaintiffs*
Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

By:   /s/ Thomas B. Bacon
      Thomas B. Bacon, Esquire