IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br>        Plaintiffs,<br>   v.<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company,<br>        Defendant. | ) Case No.: 1:07-cv-06362<br>)<br>) Joan H. Lefkow<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:

| | |
|---|---|
| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>1515 Grant Street<br>Hollywood, FL 33020<br>baconlaw@bellsouth.net | Jonathan E. Lerner, Esq.<br>P.O. Box 694<br>Wilmette, IL 60091<br>(Via U.S. Mail) |

    PLEASE TAKE NOTICE that on **March 6, 2008,** we filed via ECF System with the United States District Court of the Northern District of Illinois, **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL,** a copy of which is attached hereto and hereby served upon you.

                              Respectfully submitted,

                              /s/ Michael I. Leonard
                              One of the attorneys for Defendant

Michael I. Leonard
MECKLER BULGER & TILSON LLP
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
312-474-7925 (phone); 312-474-7898 (fax)

## CERTIFICATE OF SERVICE

    I, Michael Leonard, an attorney, certify that on March 6, 2008, the above-referenced documents were filed electronically with the Clerk of the Court using the ECF system. A copy of the above-mentioned will be sent automatically to Thomas Bacon and a copy will be sent via U.S. mail to Jonathan E. Lerner.

                              */s/ Michael I. Leonard*
                              Michael I. Leonard