**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Disabled Patriots of America Inc, et al.
                                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06362
                                                    Honorable Joan H. Lefkow

Town & Country Chicago Associates LLC
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Joan H. Lefkow :Motion hearing held on 3/6/2008 regarding plaintiffs' motion to compel [17]. Plaintiffs' motion to compel [17] set for hearing and ruling on 4/10/2008 at 10:00 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.