IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company,<br><br>Defendant. | : Case No.: 1:07-cv-06362<br>:<br>: Judge Joan H. Lefkow<br>:<br>:<br>:<br>: **PLAINTIFFS' REPLY IN**<br>: **SUPPORT OF MOTION TO**<br>: **COMPEL AND OPPOSITION TO**<br>: **DEFENDANT'S RULE 11**<br>: **MOTION TO DISMISS**<br>: |

# EXHIBIT A
# PART II

**Appendix Note**

**4.3.11.5 Identification.** Each area of rescue assistance shall be identified by a sign which states "AREA OF RESCUE ASSISTANCE" and displays the international symbol of accessibility. The sign shall be illuminated when exit sign illumination is required. Signage shall also be installed at all inaccessible exits and where otherwise necessary to clearly indicate the direction to areas of rescue assistance. In each area of rescue assistance, instructions on the use of the area under emergency conditions shall be posted adjoining the two-way communication system.

## 4.4 Protruding Objects.

**4.4.1* General.** Objects projecting from walls (for example, telephones) with their leading edges between 27 in and 80 in (685 mm and 2030 mm) above the finished floor shall protrude no more than 4 in (100 mm) into walks, halls, corridors, passageways, or aisles (see **Fig. 8(a)**). Objects mounted with their leading edges at or below 27 in (685 mm) above the finished floor may protrude any amount (see **Fig. 8(a)** and **(b)**). Free-standing objects mounted on posts or pylons may overhang 12 in (305 mm) maximum from 27 in to 80 in (685 mm to 2030 mm) above the ground or finished floor (see **Fig. 8(c)** and **(d)**). Protruding objects shall not reduce the clear width of an accessible route or maneuvering space (see **Fig. 8(e)**). **Appendix Note**

**4.4.2 Head Room.** Walks, halls, corridors, passageways, aisles, or other circulation spaces shall have 80 in (2030 mm) minimum clear head room (see **Fig. 8(a)**). If vertical clearance of an area adjoining an accessible route is reduced to less than 80 in (nominal dimension), a barrier to warn blind or visually-impaired persons shall be provided (see **Fig. 8(c-1)**).

## 4.5 Ground and Floor Surfaces.

**4.5.1* General.** Ground and floor surfaces along accessible routes and in accessible rooms and spaces including floors, walks, ramps, stairs, and curb ramps, shall be stable, firm, slip-resistant, and shall comply with 4.5. **Appendix Note**

**4.5.2 Changes in Level.** Changes in level up to 1/4 in (6 mm) may be vertical and without edge treatment (see **Fig. 7(c)** ). Changes in level between 1/4 in and 1/2 in (6 mm and 13 mm) shall be beveled with a slope no greater than 1:2 (see **Fig. 7(d)** ). Changes in level greater than 1/2 in (13 mm) shall be accomplished by means of a ramp that complies with **4.7** or **4.8**.

**4.5.3* Carpet.** If carpet or carpet tile is used on a ground or floor surface, then it shall be securely attached; have a firm cushion, pad, or backing, or no cushion or pad; and have a level loop, textured loop, level cut pile, or level cut/uncut pile texture. The maximum pile thickness shall be 1/2 in (13 mm) (see **Fig. 8(f)**). Exposed edges of carpet shall be fastened to floor surfaces and have trim along the entire length of the exposed edge. Carpet edge trim shall comply with **4.5.2**. **Appendix Note**

**4.5.4 Gratings.** If gratings are located in walking surfaces, then they shall have spaces no greater than 1/2 in (13 mm) wide in one direction (see **Fig. 8(g)**). If gratings have elongated openings, then they shall be placed so that the long dimension is perpendicular to the dominant direction of travel(see **Fig. 8(h)**).

## 4.6 Parking and Passenger Loading Zones.

**4.6.1 Minimum Number.** Parking spaces required to be accessible by **4.1** shall comply with 4.6.2 through 4.6.5. Passenger loading zones required to be accessible by **4.1** shall comply with **4.6.5** and **4.6.6**.

**4.6.2 Location.** Accessible parking spaces serving a particular building shall be located on the shortest accessible route of travel from adjacent parking to an accessible entrance. In parking facilities that do not serve a particular building, accessible parking shall be located on the shortest accessible route of travel to an accessible pedestrian entrance of the parking facility. In buildings with multiple accessible entrances with adjacent parking, accessible parking spaces shall be dispersed and located closest to the accessible entrances.

**4.6.3\* Parking Spaces.** Accessible parking spaces shall be at least 96 in (2440 mm) wide. Parking access aisles shall be part of an accessible route to the building or facility entrance and shall comply with **4.3**. Two accessible parking spaces may share a common access aisle (see **Fig. 9**). Parked vehicle overhangs shall not reduce the clear width of an accessible route. Parking spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions. **Appendix Note**

**4.6.4\* Signage.** Accessible parking spaces shall be designated as reserved by a sign showing the symbol of accessibility (see 4.30.7). Spaces complying with **4.1.2(5)(b)** shall have an additional sign "Van-Accessible" mounted below the symbol of accessibility. Such signs shall be located so they cannot be obscured by a vehicle parked in the space. **Appendix Note**

**4.6.5\* Vertical Clearance.** Provide minimum vertical clearance of 114 in (2895 mm) at accessible passenger loading zones and along at least one vehicle access route to such areas from site entrance(s) and exit(s). At parking spaces complying with **4.1.2(5)(b)**, provide minimum vertical clearance of 98 in (2490 mm) at the parking space and along at least one vehicle access route to such spaces from site entrance(s) and exit(s). **Appendix Note**

**4.6.6 Passenger Loading Zones.** Passenger loading zones shall provide an access aisle at least 60 in (1525 mm) wide and 20 ft (240 in)(6100 mm) long adjacent and parallel to the vehicle pull-up space (see **Fig. 10**). If there are curbs between the access aisle and the vehicle pull-up space, then a curb ramp complying with **4.7** shall be provided. Vehicle standing spaces and access aisles shall be level with surface slopes not exceeding 1:50 (2%) in all directions.

**4.7 Curb Ramps.**

**4.7.1 Location.** Curb ramps complying with 4.7 shall be provided wherever an accessible route crosses a curb.

**4.7.2 Slope.** Slopes of curb ramps shall comply with **4.8.2**. The slope shall be measured as shown in **Fig. 11**. Transitions from ramps to walks, gutters, or streets shall be flush and free of abrupt changes. Maximum slopes of adjoining gutters, road surface immediately adjacent to the curb ramp, or accessible route shall not exceed 1:20.

**4.7.3 Width.** The minimum width of a curb ramp shall be 36 in (915 mm), exclusive of flared sides.

**4.7.4 Surface.** Surfaces of curb ramps shall comply with **4.5**.

**4.7.5 Sides of Curb Ramps.** If a curb ramp is located where pedestrians must walk across the ramp, or where it is not protected by handrails or guardrails, it shall have flared sides; the maximum slope of the flare shall be 1:10 (see **Fig. 12(a)**). Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp (see **Fig. 12(b)**).

**4.7.6 Built-up Curb Ramps.** Built-up curb ramps shall be located so that they do not project into vehicular traffic lanes (see **Fig. 13**).

**4.7.7 Detectable Warnings.** A curb ramp shall have a detectable warning complying with **4.29.2**. The detectable warning shall extend the full width and depth of the curb ramp.

**4.7.8 Obstructions.** Curb ramps shall be located or protected to prevent their obstruction by parked vehicles.

**4.7.9 Location at Marked Crossings.** Curb ramps at marked crossings shall be wholly contained within the markings, excluding any flared sides (see **Fig. 15**).

**4.7.10 Diagonal Curb Ramps.** If diagonal (or corner type) curb ramps have returned curbs or other well-defined edges, such edges shall be parallel to the direction of pedestrian flow. The bottom of diagonal curb ramps shall have 48 in (1220 mm) minimum clear space as shown in **Fig. 15(c)** and **(d)**. If diagonal curb ramps are provided at marked crossings, the 48 in (1220 mm) clear space shall be within the markings (see **Fig. 15(c)** and **(d))**. If diagonal curb ramps have flared sides, they shall also have at least a 24 in (610 mm) long segment of straight curb

located on each side of the curb ramp and within the marked crossing (see **Fig. 15(c)**).

**4.7.11 Islands.** Any raised islands in crossings shall be cut through level with the street or have curb ramps at both sides and a level area at least 48 in (1220 mm) long between the curb ramps in the part of the island intersected by the crossings (see **Fig. 15(a)** and **(b)**).

**4.8 Ramps.**

**4.8.1* General.** Any part of an accessible route with a slope greater than 1:20 shall be considered a ramp and shall comply with 4.8. **Appendix Note**

**4.8.2* Slope and Rise.** The least possible slope shall be used for any ramp. The maximum slope of a ramp in new construction shall be 1:12. The maximum rise for any run shall be 30 in (760 mm) (see **Fig. 16**). Curb ramps and ramps to be constructed on existing sites or in existing buildings or facilities may have slopes and rises as allowed in **4.1.6(3)(a)** if space limitations prohibit the use of a 1:12 slope or less. **Appendix Note**

**4.8.3 Clear Width.** The minimum clear width of a ramp shall be 36 in (915 mm).

**4.8.4* Landings.** Ramps shall have level landings at bottom and top of each ramp and each ramp run. Landings shall have the following features:

(1) The landing shall be at least as wide as the ramp run leading to it.

(2) The landing length shall be a minimum of 60 in (1525 mm) clear.

(3) If ramps change direction at landings, the minimum landing size shall be 60 in by 60 in (1525 mm by 1525 mm).

(4) If a doorway is located at a landing, then the area in front of the doorway shall comply with **4.13.6**. **Appendix Note**

**4.8.5* Handrails.** If a ramp run has a rise greater than 6 in (150 mm) or a horizontal projection greater than 72 in (1830 mm), then it shall have handrails on both sides. Handrails are not required on curb ramps or adjacent to seating in assembly areas. Handrails shall comply with **4.26** and shall have the following features:

(1) Handrails shall be provided along both sides of ramp segments. The inside handrail on switchback or dogleg ramps shall always be continuous.

(2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top and bottom of the ramp segment and shall be parallel with the floor or ground surface (see **Fig. 17**).

(3) The clear space between the handrail and the wall shall be 1 - 1/2 in (38 mm).

(4) Gripping surfaces shall be continuous.

(5) Top of handrail gripping surfaces shall be mounted between 34 in and 38 in (865 mm and 965 mm) above ramp surfaces.

(6) Ends of handrails shall be either rounded or returned smoothly to floor, wall, or post.

(7) Handrails shall not rotate within their fittings. **Appendix Note**

**4.8.6 Cross Slope and Surfaces.** The cross slope of ramp surfaces shall be no greater than 1:50. Ramp surfaces shall comply with **4.5**.

**4.8.7 Edge Protection.** Ramps and landings with drop-offs shall have curbs, walls, railings, or projecting surfaces that prevent people from slipping off the ramp. Curbs shall be a minimum of 2 in (50 mm) high (see **Fig. 17**).

**4.8.8 Outdoor Conditions.** Outdoor ramps and their approaches shall be designed so that water will not accumulate on walking surfaces.

**4.9 Stairs.**

**4.9.1\* Minimum Number.** Stairs required to be accessible by **4.1** shall comply with 4.9. **Appendix Note**

**4.9.2 Treads and Risers.** On any given flight of stairs, all steps shall have uniform riser heights and uniform tread widths. Stair treads shall be no less than 11 in (280 mm) wide, measured from riser to riser (see **Fig. 18(a)**). Open risers are not permitted.

**4.9.3 Nosings.** The undersides of nosings shall not be abrupt. The radius of curvature at the leading edge of the tread shall be no greater than 1/2 in (13 mm). Risers shall be sloped or the underside of the nosing shall have an angle not less than 60 degrees from the horizontal. Nosings shall project no more than 1-1/2 in (38 mm) (see **Fig. 18**).

**4.9.4\* Handrails.** Stairways shall have handrails at both sides of all stairs. Handrails shall comply with **4.26** and shall have the following features:

> (1) Handrails shall be continuous along both sides of stairs. The inside handrail on switchback or dogleg stairs shall always be continuous (see **Fig. 19(a)** and **(b)**).
>
> (2) If handrails are not continuous, they shall extend at least 12 in (305 mm) beyond the top riser and at least 12 in (305 mm) plus the width of one tread beyond the bottom riser. At the top, the extension shall be parallel with the floor or ground surface. At the bottom, the handrail shall continue to slope for a distance of the width of one tread from the bottom riser; the remainder of the extension shall be horizontal (see **Fig. 19(c)** and **(d)**). Handrail extensions shall comply with **4.4**.
>
> (3) The clear space between handrails and wall shall be 1-1/2 in (38 mm).
>
> (4) Gripping surfaces shall be uninterrupted by newel posts, other construction elements, or obstructions.
>
> (5) Top of handrail gripping surface shall be mounted between 34 in and 38 in (865 mm and 965 mm) above stair nosings.
>
> (6) Ends of handrails shall be either rounded or returned smoothly to floor, wall or post.
>
> (7) Handrails shall not rotate within their fittings. **Appendix Note**

**4.9.5 Detectable Warnings at Stairs**. (Reserved).

**4.9.6 Outdoor Conditions.** Outdoor stairs and their approaches shall be designed so that water will not accumulate on walking surfaces.

**4.10 Elevators.**

**4.10.1 General.** Accessible elevators shall be on an accessible route and shall comply with 4.10 and with the **ASME A17.1-1990, Safety Code for Elevators and Escalators**. Freight elevators shall not be considered as meeting the requirements of this section unless the only elevators provided are used as combination passenger and freight elevators for the public and employees.

(2) Free-standing or built-in units not having a clear space under them shall have a clear floor space at least 30 in by 48 in (760 mm by 1220 mm) that allows a person in a wheelchair to make a parallel approach to the unit (see **Fig. 27(c)** and **(d)**). This clear floor space shall comply with **4.2.4**.

**4.16 Water Closets.**

**4.16.1 General.** Accessible water closets shall comply with 4.16.2 through 4.16.6.

> EXCEPTION: Water closets used primarily by children ages 12 and younger shall be permitted to comply with **4.16.7**.

**4.16.2 Clear Floor Space.** Clear floor space for water closets not in stalls shall comply with **Fig. 28**. Clear floor space may be arranged to allow either a left-handed or right-handed approach.

**4.16.3* Height.** The height of water closets shall be 17 in to 19 in (430 mm to 485 mm), measured to the top of the toilet seat (see **Fig. 29(b)**). Seats shall not be sprung to return to a lifted position. **Appendix Note**

**4.16.4* Grab Bars.** Grab bars for water closets not located in stalls shall comply with **4.26** and **Fig. 29**. The grab bar behind the water closet shall be 36 in (915 mm) minimum. **Appendix Note**

**4.16.5* Flush Controls.** Flush controls shall be hand operated or automatic and shall comply with **4.27.4**. Controls for flush valves shall be mounted on the wide side of toilet areas no more than 44 in (1120 mm) above the floor. **Appendix Note**

**4.16.6 Dispensers.** Toilet paper dispensers shall be installed within reach, as shown in **Fig. 29(b)**. Dispensers that control delivery, or that do not permit continuous paper flow, shall not be used.

**4.16.7* Water Closets for Children.** Water closets used primarily by children ages 12 and younger shall comply with 4.16.7 as permitted by 4.16.1. **Appendix Note**

> (1) Clear Floor Space. Clear floor space for water closets not in stalls shall comply with **Fig. 28** except that the centerline of water closets shall be 12 in minimum to 18 in maximum (305 mm to 455 mm) from the side wall or partition. Clear floor space may be arranged to allow either a left- or right-hand approach.
>
> (2) Height. The height of water closets shall be 11 in minimum to 17 in maximum (280 mm to 430 mm), measured to the top of the toilet seat. Seats shall not be sprung to return to a lifted position.
>
> (3) Grab Bars. Grab bars for water closets not located in stalls shall comply with **4.26** and **Fig. 29** except that grab bars shall be mounted 18 in minimum to 27 in maximum (455 mm to 685 mm) above the finish floor measured to the grab bar centerline. The grab bar behind the water closet shall be 36 in (915 mm) minimum.
>
>> EXCEPTION: If administrative authorities require flush controls for flush valves to be located in a position that conflicts with the location of the rear grab bar, then that grab bar may be split or, at water closets with a centerline placement below 15 in (380 mm), a rear grab bar 24 in (610 mm) minimum on the open side of the toilet area shall be permitted.
>
> (4) Flush Controls. Flush controls shall be hand operated or automatic and shall comply with **4.27.4**. Controls for flush valves shall be mounted on the wide side of the toilet area no more than 36 in (915 mm) above the floor.
>
> (5) Dispensers. Toilet paper dispensers shall be installed 14 in minimum to 19 in maximum (355 mm to 485 mm) above the finish floor measured to the dispenser centerline. Dispensers that control delivery, or that do not permit continuous paper flow, shall not be used.

**4.17 Toilet Stalls.**

**4.17.1 Location.** Accessible toilet stalls shall be on an accessible route and shall meet the requirements of 4.17.2 through 4.17.6.

> EXCEPTION: Toilet stalls used primarily by children ages 12 and younger shall be permitted to comply with **4.17.7**.

**4.17.2 Water Closets.** Water closets in accessible stalls shall comply with **4.16**.

**4.17.3* Size and Arrangement.** The size and arrangement of the standard toilet stall shall comply with **Fig. 30 (a)**, Standard Stall. Standard toilet stalls with a minimum depth of 56 in (1420 mm) (see **Fig. 30(a)**) shall have wall-mounted water closets. If the depth of a standard toilet stall is increased at least 3 in (75 mm), then a floor-mounted water closet may be used. Arrangements shown for standard toilet stalls may be reversed to allow either a left- or right-hand approach. Additional stalls shall be provided in conformance with **4.22.4**. **Appendix Note**

> EXCEPTION: In instances of alteration work where provision of a standard stall (**Fig. 30(a)**) is technically infeasible or where plumbing code requirements prevent combining existing stalls to provide space, either alternate stall (**Fig. 30(b)**) may be provided in lieu of the standard stall.

**4.17.4 Toe Clearances.** In standard stalls, the front partition and at least one side partition shall provide a toe clearance of at least 9 in (230 mm) above the floor. If the depth of the stall is greater than 60 in (1525 mm), then the toe clearance is not required.

**4.17.5* Doors.** Toilet stall doors, including door hardware, shall comply with **4.13**. If toilet stall approach is from the latch side of the stall door, clearance between the door side of the stall and any obstruction may be reduced to a minimum of 42 in (1065 mm) **(Fig. 30)**. **Appendix Note**

**4.17.6 Grab Bars.** Grab bars complying with the length and positioning shown in **Fig. 30(a), (b), (c)**, and **(d)** shall be provided. Grab bars may be mounted with any desired method as long as they have a gripping surface at the locations shown and do not obstruct the required clear floor area. Grab bars shall comply with **4.26**.

**4.17.7* Toilet Stalls for Children.** Toilet stalls used primarily by children ages 12 and younger shall comply with 4.17.7 as permitted by 4.17.1. **Appendix Note**

> **(1)** Water Closets. Water closets in accessible stalls shall comply with **4.16.7**.
>
> **(2)** Size and Arrangement. The size and arrangement of the standard toilet stall shall comply with **4.17.3** and **Fig. 30(a)**, Standard Stall, except that the centerline of water closets shall be 12 in minimum to 18 in maximum (305 mm to 455 mm) from the side wall or partition and the minimum depth for stalls with wall-mounted water closets shall be 59 in (1500 mm). Alternate stalls complying with **Fig. 30(b)** may be provided where permitted by **4.17.3** except that the stall shall have a minimum depth of 69 in (1745 mm) where wall-mounted water closets are provided.
>
> **(3)** Toe Clearances. In standard stalls, the front partition and at least one side partition shall provide a toe clearance of at least 12 in (305 mm) above the finish floor.
>
> **(4)** Doors. Toilet stall doors shall comply with **4.17.5**.
>
> **(5)** Grab Bars. Grab bars shall comply with **4.17.6** and the length and positioning shown in **Fig. 30(a), (b), (c)**, and **(d)** except that grab bars shall be mounted 18 in minimum to 27 in maximum (455 mm to 685 mm) above the finish floor measured to the grab bar centerline.
>
> > EXCEPTION: If administrative authorities require flush controls for flush valves to be located in a position that conflicts with the location of the rear grab bar, then that grab bar may be split or, at water closets with a centerline placement below 15 in (380 mm), a rear grab bar 24 in (610 mm)

minimum on the open side of the toilet area shall be permitted.

### 4.18 Urinals.

**4.18.1 General.** Accessible urinals shall comply with 4.18.

**4.18.2 Height.** Urinals shall be stall-type or wall-hung with an elongated rim at a maximum of 17 in (430 mm) above the finish floor.

**4.18.3 Clear Floor Space.** A clear floor space 30 in by 48 in (760 mm by 1220 mm) shall be provided in front of urinals to allow forward approach. This clear space shall adjoin or overlap an accessible route and shall comply with **4.2.4**. Urinal shields that do not extend beyond the front edge of the urinal rim may be provided with 29 in (735 mm) clearance between them.

**4.18.4 Flush Controls.** Flush controls shall be hand operated or automatic, and shall comply with **4.27.4**, and shall be mounted no more than 44 in (1120 mm) above the finish floor.

### 4.19 Lavatories and Mirrors.

**4.19.1 General.** The requirements of 4.19 shall apply to lavatory fixtures, vanities, and built-in lavatories.

**4.19.2 Height and Clearances.** Lavatories shall be mounted with the rim or counter surface no higher than 34 in (865 mm) above the finish floor. Provide a clearance of at least 29 in (735 mm) above the finish floor to the bottom of the apron. Knee and toe clearance shall comply with **Fig. 31**.

> EXCEPTION 1: Lavatories used primarily by children ages 6 through 12 shall be permitted to have an apron clearance and a knee clearance 24 in (610 mm) high minimum provided that the rim or counter surface is no higher than 31 in (760 mm).

> EXCEPTION 2: Lavatories used primarily by children ages 5 and younger shall not be required to meet these clearances if clear floor space for a parallel approach complying with **4.2.4** is provided.

**4.19.3 Clear Floor Space.** A clear floor space 30 in by 48 in (760 mm by 1220 mm) complying with **4.2.4** shall be provided in front of a lavatory to allow forward approach. Such clear floor space shall adjoin or overlap an accessible route and shall extend a maximum of 19 in (485 mm) underneath the lavatory (see **Fig. 32**).

**4.19.4 Exposed Pipes and Surfaces.** Hot water and drain pipes under lavatories shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories.

**4.19.5 Faucets.** Faucets shall comply with **4.27.4**. Lever-operated, push-type, and electronically controlled mechanisms are examples of acceptable designs. If self-closing valves are used the faucet shall remain open for at least 10 seconds.

**4.19.6\* Mirrors.** Mirrors shall be mounted with the bottom edge of the reflecting surface no higher than 40 in (1015 mm) above the finish floor (see **Fig. 31**). **Appendix Note**

### 4.20 Bathtubs.

**4.20.1 General**. Accessible bathtubs shall comply with 4.20.

**4.20.2 Floor Space.** Clear floor space in front of bathtubs shall be as shown in **Fig. 33**.

**4.20.3 Seat.** An in-tub seat or a seat at the head end of the tub shall be provided as shown in **Fig. 33** and **34**. The structural strength of seats and their attachments shall comply with **4.26.3**. Seats shall be mounted securely and shall not slip during use.

**4.20.4 Grab Bars.** Grab bars complying with **4.26** shall be provided as shown in **Fig. 33** and **34**.

**4.20.5 Controls.** Faucets and other controls complying with **4.27.4** shall be located as shown in **Fig. 34**.

**4.20.6 Shower Unit.** A shower spray unit with a hose at least 60 in (1525 mm) long that can be used both as a fixed shower head and as a hand-held shower shall be provided.

**4.20.7 Bathtub Enclosures.** If provided, enclosures for bathtubs shall not obstruct controls or transfer from wheelchairs onto bathtub seats or into tubs. Enclosures on bathtubs shall not have tracks mounted on their rims.

**4.21 Shower Stalls.**

**4.21.1\* General**. Accessible shower stalls shall comply with 4.21. **Appendix Note**

**4.21.2 Size and Clearances.** Except as specified in **9.1.2**, shower stall size and clear floor space shall comply with **Fig. 35(a)** or **(b)**. The shower stall in **Fig. 35(a)** shall be 36 in by 36 in (915 mm by 915 mm). Shower stalls required by **9.1.2** shall comply with **Fig. 57(a)** or **(b)**. The shower stall in Fig. 35(b) will fit into the space required for a bathtub.

**4.21.3 Seat.** A seat shall be provided in shower stalls 36 in by 36 in (915 mm by 915 mm) and shall be as shown in **Fig. 36**. The seat shall be mounted 17 in to 19 in (430 mm to 485 mm) from the bathroom floor and shall extend the full depth of the stall. In a 36 in by 36 in (915 mm by 915 mm) shower stall, the seat shall be on the wall opposite the controls. Where a fixed seat is provided in a 30 in by 60 in minimum (760 mm by 1525 mm) shower stall, it shall be a folding type and shall be mounted on the wall adjacent to the controls as shown in **Fig. 57.** The structural strength of seats and their attachments shall comply with **4.26.3**.

**4.21.4 Grab Bars.** Grab bars complying with **4.26** shall be provided as shown in **Fig. 37**.

**4.21.5 Controls.** Faucets and other controls complying with **4.27.4** shall be located as shown in **Fig. 37**. In shower stalls 36 in by 36 in (915 mm by 915 mm), all controls, faucets, and the shower unit shall be mounted on the side wall opposite the seat.

**4.21.6 Shower Unit.** A shower spray unit with a hose at least 60 in (1525 mm) long that can be used both as a fixed shower head and as a hand-held shower shall be provided.

> EXCEPTION: In unmonitored facilities where vandalism is a consideration, a fixed shower head mounted at 48 in (1220 mm) above the shower floor may be used in lieu of a hand-held shower head.

**4.21.7 Curbs.** If provided, curbs in shower stalls 36 in by 36 in (915 mm by 915 mm) shall be no higher than 1/2 in (13 mm). Shower stalls that are 30 in by 60 in (760 mm by 1525 mm) minimum shall not have curbs.

**4.21.8 Shower Enclosures.** If provided, enclosures for shower stalls shall not obstruct controls or obstruct transfer from wheelchairs onto shower seats.

**4.22 Toilet Rooms.**

**4.22.1 Minimum Number**. Toilet facilities required to be accessible by 4.1 shall comply with 4.22. Accessible toilet rooms shall be on an accessible route.

**4.22.2 Doors.** All doors to accessible toilet rooms shall comply with **4.13**. Doors shall not swing into the clear floor space required for any fixture.

**4.22.3\* Clear Floor Space.** The accessible fixtures and controls required in **4.22.4**, **4.22.5**, **4.22.6**, and **4.22.7** shall be on an accessible route. An unobstructed turning space complying with **4.2.3** shall be provided within an accessible toilet room. The clear floor space at fixtures and controls, the accessible route, and the turning space may