IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company,<br><br>Defendant. | : Case No.: 1:07-cv-06362<br>:<br>: Judge Joan H. Lefkow<br>:<br>:<br>: **PLAINTIFFS' REPLY IN**<br>: **SUPPORT OF MOTION TO**<br>: **COMPEL AND OPPOSITION TO**<br>: **DEFENDANT'S RULE 11**<br>: **MOTION TO DISMISS**<br>: |

# EXHIBIT A
# PART IV

**Figure 4a
Clear Floor Space**

Clear floor space shown to be 30 by 48 inches minimum.

**Back to ADAAG    List of Figures**



**Figure 4b
Forward Approach**

Back to ADAAG    List of Figures



**Figure 4c
Parallel Approach**

Back to ADAAG    List of Figures



(a) High Forward Reach Limit

NOTE: x shall be ≤ 25 in (635 mm); z shall be ≥ x. When x < 20 in (510 mm), then y shall be 48 in (1220 mm) maximum. When x is 20 to 25 in (510 to 635 mm), then y shall be 44 in (1120 mm) maximum.

(b) Maximum Forward Reach over an Obstruction

**Figure 5
Forward Reach**

Figure 5(a)
Figure 5(b)

**Back to ADAAG    List of Figures**

**Figure 9**
**Dimensions of Parking Spaces**

The access aisle shall be a minimum of 60 inches (1525 mm) wide for cars or a minimum of 96 inches (2440 mm) wide for vans. The accessible route connected to the access aisle at the front of the parking spaces shall be a minimum of 36 inches (915 mm).

**Back to ADAAG    List of Figures**

Adjoining slope shall not exceed 1:20

slope = Y:X where X is a level plane

walk    street

**Figure 11
Measurement of Curb Ramp Slopes**

The ramp slope is a ratio equal to the vertical rise (y) divided by the horizontal run (x). It is equal to the tangent of the angle that the plane of the ramp surface makes with a horizontal (level) plane. For a curb ramp, the adjoining slope at walk or street shall not exceed 1:20.

Back to ADAAG    List of Figures



**Figure 12(a)
Sides of Curb Ramps
Flared Sides**

*Note: If X is less than 48 inches, then the slope of the flared side shall not exceed 1:12.*

This figure shows a typical curb ramp, cut into a walkway perpendicular to the curb face, with flared sides having a maximum slope of 1:10. The landing at the top, measured from the top of the ramp to the edge of the walkway or closest obstruction is denoted as "x". If x, the landing depth at the top of a curb ramp, is less than 48 inches, then the slope of the flared side shall not exceed 1:12.

**Back to ADAAG    List of Figures**

| Slope | Maximum Rise | | Maximum Horizontal Projection | |
|---|---|---|---|---|
| | in | mm | ft | m |
| 1:12 to < 1:16 | 30 | 760 | 30 | 9 |
| 1:16 to < 1:20 | 30 | 760 | 40 | 12 |

**Figure 16
Components of a Single Ramp Run and Sample Ramp Dimensions**

If the slope of a ramp is between 1:12 and 1:16, the maximum rise shall be 30 inches (760 mm) and the maximum horizontal run shall be 30 feet (9 m). If the slope of the ramp is between 1:16 and 1:20, the maximum rise shall be 30 inches (760 mm) and the maximum horizontal run shall be 40 feet (12 m).

**Back to ADAAG     List of Figures**

 

**Figure 29
Grab Bars at Water Closets**

Fig. 29(a) Back Wall. A 36 inch (915 mm) minimum length grab bar is required behind the water closet mounted at a height between 33 and 36 inches (840-915 mm). The grab bar must extend a minimum of 12 inches (305) beyond the center of the water closet toward the side wall and a minimum of 24 inches (610 mm) toward the open side for either a left or right side approach.

**Back to ADAAG　List of Figures**



**Figure 30a
Toilet Stalls
Standard Stall**

The location of the door is illustrated to be in front of the clear space (next to the water closet), with a maximum stile width of 4 inches (100 mm). An alternate door location is illustrated to be on the side of the toilet stall with a maximum stile width of 4 inches (100 mm). The minimum width of the standard stall shall be 60 inches (1525 mm). The centerline of the water closet shall be 18 inches (455 mm) from the side wall.

**Back to ADAAG    List of Figures**



**Figure 30b
Toilet Stalls
Alternate Stalls**

Two alternate stalls are illustrated; one alternate stall is required to be 36 inches (915 mm) in width. The other alternate stall is required to be a minimum of 48 inches (1220 mm) in width. If a wall mounted water closet is used, the depth of the stall is required to be a minimum of 66 inches (1675 mm). If a floor mounted water closet is used, the depth of the stall is required to be a minimum of 69 inches (1745 mm). The 36 inch wide stall shall have parallel grab bars on the side walls. The 48 inch minimum stall shall have a grab bar behind the water closet and one on the side wall next to the water closet. In each alternate, the centerline of the water closet is 18 inches (455 mm) from a side wall.

**Back to ADAAG     List of Figures**



**Figure 30c
Toilet Stalls
Rear Wall of Standard Stall**

The grab bar on the back wall shall be 36 inches minimum in length, extending from the wall toward the open side of the water closet, 33-36 inches above the finish floor.

**Back to ADAAG     List of Figures**

**Figure 30d
Toilet Stalls**

The side grab bar shall be 40-42 inches in length, beginning 12 inches maximum from the rear wall, 33-36 inches above the finish floor.

**Back to ADAAG    List of Figures**