IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, <br><br> Plaintiffs, <br> v. <br><br> TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company, <br><br> Defendant. | : <br> : Case No.: 1:07-cv-06362 <br> : <br> : Judge Joan H. Lefkow <br> : <br> : <br> : <br> : **PLAINTIFFS' REPLY IN** <br> : **SUPPORT OF MOTION TO** <br> : **COMPEL AND OPPOSITION TO** <br> : **DEFENDANT'S RULE 11** <br> : **MOTION TO DISMISS** <br> : |

# EXHIBIT B
# PART I

# Walgreens
The Pharmacy America Trusts • Since 1901

I'm SUZIE. Thank you for allowing me to serve you today.

```
537        10   0506    00039 00
```

RFN# 0003-9050-5069-0708-0420

```
WALG WTR 16.9OZ     1B    .69
    SUBTOTAL              .69

B=2% SALES TAX            .01
    TOTAL                 .70

            CASH         1.00
    CHANGE                .30
```

235 E Palatine Rd Arlington Heights, I
STORE    (847)394-2420

OPEN 24 HOURS
THANK YOU
FOR FASTER SERVICE, CALL IN YOUR
PRESCRIPTION ORDER OR PLACE IT ON
WWW.WALGREENS.COM 24 HOURS IN ADVANCE

AUGUST  4, 2007            2:58 PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ENTER FOR A CHANCE TO WIN $10,000 CASH
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLEASE CALL TOLL FREE
1-888-424-1018
OR LOGON TO
WWW.WALGREENSSATISFACTION.COM

WITHIN 72 HOURS TO COMPLETE A
SHORT SURVEY ABOUT YOUR RECENT
VISIT TO THIS WALGREENS.

SURVEY# 0003-9050-5069-0708-0420-16

SEE STORE FOR CONTEST RULES

~IST  4, 2007            2:58 PM

EXHIBIT B







EXHIBIT B3

