**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** | : | |
| **a Florida Not-For-Profit Corporation, and** | : | Case No.: 1:07-cv-06362 |
| **BONNIE  KRAMER, Individually,** | : | |
| | : | Judge Joan H. Lefkow |
| **Plaintiffs,** | : | |
| **v.** | : | |
| | : | **PLAINTIFFS' REPLY IN** |
| **TOWN & COUNTRY CHICAGO ASSOCIATES,** | : | **SUPPORT OF MOTION TO** |
| **LLC, A Foreign Limited Liability Company,** | : | **COMPEL AND OPPOSITION TO** |
| | : | **DEFENDANT'S RULE 11** |
| **Defendant.** | : | **MOTION TO DISMISS** |
| | : | |

# EXHIBIT B
# PART II





**EXHIBIT**

B6



EXHIBIT

B7

tabbies®



EXHIBIT
B-8



EXHIBIT
B9
tabbies



EXHIBIT

B10



EXHIBIT

B11