IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually, | : <br> : Case No.: 1:07-cv-06362 <br> : <br> : Judge Joan H. Lefkow <br> : |
| Plaintiffs, | : |
| v. | : |
| | : **PLAINTIFFS' REPLY IN** |
| TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company, | : **SUPPORT OF MOTION TO** <br> : **COMPEL AND OPPOSITION TO** <br> : **DEFENDANT'S RULE 11** |
| Defendant. | : **MOTION TO DISMISS** <br> : |

EXHIBIT B
PART IV



EXHIBIT

B17



EXHIBIT

B17

tabbies



**EXHIBIT**

B19



EXHIBIT

B20



**EXHIBIT**

tabbies

B21



EXHIBIT

B22



EXHIBIT

B23

tabbies