IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and BONNIE KRAMER, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>TOWN & COUNTRY CHICAGO ASSOCIATES, LLC, A Foreign Limited Liability Company,<br><br>Defendant. | : Case No.: 1:07-cv-06362<br>:<br>: Judge Joan H. Lefkow<br>:<br>:<br>:<br>: **PLAINTIFFS' REPLY IN**<br>: **SUPPORT OF MOTION TO**<br>: **COMPEL AND OPPOSITION TO**<br>: **DEFENDANT'S RULE 11**<br>: **MOTION TO DISMISS**<br>: |

# EXHIBIT B
# PART V



EXHIBIT B24





EXHIBIT
1326



EXHIBIT B27



EXHIBIT B27