## AUTHORIZATION TO INITIATE
## COMPLAINT FOR INJUNCTIVE RELIEF
## UNDER THE ADA

1. Authorization is hereby given to Thomas B. Bacon, Attorney-At-Law and Jonathan E. Lerner to initiate a complaint on my behalf against the following defendant:

   Town And Country Center, 445 E. Palantine Rd., Arlington Heights, Illinois

2. For the case involving the above mentioned defendant, the "Standard ADA Fee Agreement" and the "Standard ADA Statement of Client's Rights", shall establish the rights and obligations of the client and the attorneys.

3. I have read the draft of the Complaint prepared by Thomas B. Bacon, Attorney-At-Law, and I agree with its contents.


_Bonnie Kramer_                    _10/4/07_
Bonnie Kramer                      Date



EXHIBIT
D
tabbies