Logged in as: baconlaw@bellsouth.net | Sign Out

Web | Yellow Pages | Maps | Images | Products | Site Search | More

» Search the Web:

Powered by Google

Home | E-mail | Address Book | Calendar | Options | Help    Monday, February 4, 2008

Compose | Check mail
10% of 500 MB

MAILBOX
baconlaw@bellsouth.net
- INBOX [2]
- Drafts
- MailGuard
- SentMail
- Trash empty

MY FOLDERS add/edit

» Message Center
» Folder Manager
» Mailbox Manager
» Address Book
» Calendar
» Options
» Help

Foams
Find: Foams. Review & Compare!7

Shopping
Comparison shop with AT&T and save money

AT&T Webtunes
Webtunes Basic is FREE for every AT&T customer.

AT&T Games Channel
Play some fun games for free!

---

**INBOX**

Message: 3 of 316   < Previous | Next >

Reply | Reply All | Forward | Delete | Close | Report Spam | Print

Move to folder: INBOX  > GO

From: "Leonard, Michael" <michael.leonard@mbtlaw.com>   > Save Address
To: "Thomas B. Bacon" <baconlaw@bellsouth.net>
Subject: RE: Disabled Patriots v. Town & Country
Date: Friday, February 01, 2008 4:12:13 PM   [View Source]

Tom, thanks. Tom, I will be sending you a Rule 11 letter. But, no, we will not agree to the Inspection. Ms. Kramer's deposition revealed that she essentially filed a boilerplate Complaint that did not match up to her personal knowledge. Thanks, Mike Leonard.

-----Original Message-----
From: Thomas B. Bacon [mailto:baconlaw@bellsouth.net]
Sent: Friday, February 01, 2008 2:00 PM
To: Leonard, Michael
Subject: Disabled Patriots v. Town & Country

Dear Mr. Leonard,

Per our discussion during the deposition of Bonnie Kramer, attached hereto please find Ms. Kramer's receipt. I am trying to coordinate my Chicago schedule. Please advise if you are agreeable to the R. 34 inspection noticed for Feb. 25 at 1:30.

Regards,

--
Thomas B. Bacon
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
(954) 478-7811
baconlaw@bellsouth.net



EXHIBIT B

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Thank you. Meckler Bulger & Tilson LLP

Change your options to hide images within all messages.

| Reply | Reply All | Forward | Report Spam | Print | Move to folder: INBOX  > GO |

Message: 3 of 316  < **Previous** | **Next** >

Check E-mail | Compose | Folders | Mailboxes | E-mail Help
Logout | E-mail | Address Book | Calendar | E-mail Options

AT&T | Advertising | Help & Contact Us | Terms of Service | Copyright | Privacy Policy | Acceptable Use Policy
© 2007 AT&T Intellectual Property. All rights reserved.
AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.