

Thanks Tom. As you know, during our telephone conference, I indicated that I would confer with my client and get back to you. However, regardless of the issues of the scope of the inspection, I am out of town on a long scheduled mini-vacation out of the country. Therefore, I am not even available on April 2. I hope to have a response at to the issue of the scope of the inspection to you today or tomorrow. Thanks, Mike Leonard.

-----Original Message-----
**From:** Thomas B. Bacon [mailto:baconlaw@bellsouth.net]
**Sent:** Monday, March 31, 2008 9:33 PM
**To:** Leonard, Michael
**Subject:** Town & Country

Mr. Leonard,
This confirms our earlier conversation today wherein I requested that we conduct the R. 34 inspection of the premises April 2 in the afternoon, while I am in Chicago with Plaintiffs' expert. Like with the prior inspection we scheduled, but you refused, the inspection would take place along with others to reduce the costs of travel time and expenses by dividing them among several files. By refusing to agree to the inspection, you will thereby cause the expenses to be undivided and therefore increased for your case. In my briefs, I have cited ample authority to support the position that we have the right to conduct a full inspection of the entire premises with regard to barriers related to my client's disability. Your insistence that the inspection be drastically limited is unreasonable and not based on law. In the event your client refuses to agree to the inspection, per our conversation, I will promptly file a renewed motion to compel.

--
Thomas B. Bacon
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
(954) 478-7811
baconlaw@bellsouth.net



EXHIBIT F

Note: The information contained in this message may be privileged and
confidential and protected from disclosure. If the reader of this message is
not the intended recipient, or an employee or agent responsible for
delivering this message to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is
strictly prohibited. If you have received this communication in error,
please notify us immediately by replying to the message and deleting it from
your computer.

Thank you. Meckler Bulger & Tilson LLP

> Change your options to hide images within all messages.

Reply | Reply All | Forward | Delete | Close | Report Spam | Print | Move to folder: INBOX  GO

Message: 5 of 523  < Previous  |  Next >

Check E-mail | Compose | Folders | Mailboxes | E-mail Help
Logout | E-mail | Address Book | Calendar | E-mail Options

AT&T | Advertising | Help & Contact Us | Terms of Service | Copyright | Privacy Policy | Acceptable Use Policy
© 2008 AT&T Intellectual Property. All rights reserved.
AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.