## Tom B. Bacon

**From:** Thomas B. Bacon [baconlaw@bellsouth.net]
**Sent:** Tuesday, April 08, 2008 10:37 AM
**To:** michael.leonard@mbtlaw.com
**Subject:** Disabled Patriots v. Town & Country

Michael,
We will be in Chicago the afternoon of April 18 and would like to conduct the R. 34 inspection at that time. This should give your client enough time to notify the tenants, or settle the case beforehand. Please let me know if this is agreeable.

--
Thomas B. Bacon
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
(954) 478-7811
baconlaw@bellsouth.net



EXHIBIT G

4/8/2008