# Tom B. Bacon

**From:** Thomas B. Bacon [baconlaw@bellsouth.net]
**Sent:** Tuesday, April 08, 2008 1:21 PM
**To:** Leonard, Michael
**Subject:** Re: Disabled Patriots v. Town & Country

Yes, two weeks is agreeable.
--
Thomas B. Bacon
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
(954) 478-7811
baconlaw@bellsouth.net

---------- Original message from "Leonard, Michael" <michael.leonard@mbtlaw.com>: ----------

> Thanks Tom. I will be getting back to you this week on all issues. Also, while
> we are attempting resolution, can we agree to extend the time for Defendant to
> file its Answer by 2 weeks? Thanks.
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> ----- Original Message -----
> From: Thomas B. Bacon
> To: Leonard, Michael
> Sent: Tue Apr 08 09:37:11 2008
> Subject: Disabled Patriots v. Town & Country
>
> Michael,
> We will be in Chicago the afternoon of April 18 and would like to conduct the R.
> 34 inspection at that time. This should give your client enough time to notify
> the tenants, or settle the case beforehand. Please let me know if this is
> agreeable.
>
> --
> Thomas B. Bacon
> Attorney-At-Law
> 1515 Grant Street
> Hollywood, FL 33020
> (954) 478-7811
> baconlaw@bellsouth.net
>
>
> Note: The information contained in this message may be privileged and

EXHIBIT H

4/9/2008

> confidential and protected from disclosure. If the reader of this message is
> not the intended recipient, or an employee or agent responsible for
> delivering this message to the intended recipient,you are hereby notified
> that any dissemination, distribution or copying of this communication is
> strictly prohibited. If you have received this communication in error,
> please notify us immediately by replying to the message and deleting it from
> your computer.
>
> Thank you. Meckler Bulger & Tilson LLP