## Tom B. Bacon

**From:** Thomas B. Bacon [baconlaw@bellsouth.net]
**Sent:** Monday, April 21, 2008 2:28 PM
**To:** michael.leonard@mbtlaw.com
**Subject:** Disabled Patriots v. Town & Country

Mike,
As we were unable to conduct the R. 34 inspection last week. Attached hereto please find a new notice.
--
Thomas B. Bacon
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
(954) 478-7811
baconlaw@bellsouth.net



EXHIBIT J

4/21/2008