IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,** | : <br> : Case No.: 1:07-cv-06362 <br> : <br> : Joan H. Lefkow |
| **Plaintiffs,** | : <br> : |
| v. | : <br> : |
| | : **STIPULATED MOTION FOR** |
| **TOWN & COUNTRY CHICAGO ASSOCIATES, LLC,** A Foreign Limited Liability Company, | : **EXTENSION OF DISCOVERY** <br> : **CUT-OFF DEADLINE** <br> : |
| **Defendant.** | : <br> : |

NOW COME THE PARTIES, and by and through respective undersigned counsel, hereby file this Stipulated Motion For Extension of the cut-off deadline for non-expert discovery and state as follows:

1. By Order dated January 16, 2008, [DE 13], this Court mandated that the cut-off deadline for non-expert discovery is May 28, 2008.

2. As of the date of this filing, by agreement, Defendant has not yet filed its Answer and/or Affirmative Defenses and has not provided answers to Plaintiffs first set of interrogatories or requests for production of documents. Nor has a R. 34 inspection of the premises been conducted.

3. Plaintiffs submit that a review of Defendant's initial discovery responses and Answer and observations made from the upcoming R. 34 inspection may provide cause for the submission of additional discovery requests upon Defendant.

4. Both parties agree that an extension of the applicable discovery deadline is in the

1

    interest of judicial economy.

    WHEREFORE, the parties respectfully request that this Court extend the non-expert discovery deadline an additional 60 days to July 28, 2008.

Respectfully submitted,
Attorneys for Plaintiffs:
_/s/ Thomas B. Bacon__
Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net
and
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242


Attorney for Defendant
_/s/ Michael L. Leonard, Esq._____
Michael L. Leonard, Esq.
Mecker, Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Ph. (312) 474-7925
michael.leonard@mbtlaw.com

## ORDER

    APPROVED BY THE COURT this _____ day of _____, 2008, in Cook County, Chicago, Illinois.

                                                                      _____
                                                                        JOHN HUMPHREY LEFKOW
                                                                        United States District Judge