## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DISABLED PATRIOTS OF AMERICA, INC.,** a Florida Not-For-Profit Corporation, and **BONNIE KRAMER, Individually,** | : <br> : Case No.: 1:07-cv-06362 <br> : <br> : Judge Joan H. Lefkow |
| Plaintiffs, | : |
| v. | : <br> : |
| **TOWN & COUNTRY CHICAGO ASSOCIATES, LLC,** A Foreign Limited Liability Company, | : <br> : <br> : |
| Defendant. | : <br> : |

## NOTICE OF MOTION

To:

Michael L. Leonard, Esq.
Mecker, Bulger & Tilson, LLP
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
michael.leonard@mbtlaw.com

    PLEASE TAKE NOTICE that on May 22, 2008, at 10:00 a.m., at the time of the scheduled status hearing, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lefkow, in Room 1956 or courtroom 1925, usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge of the United States District Court for the Northern District of Illinois Eastern Division, as may be sitting in her place and stead, and will then and there present the following **STIPULATED MOTION FOR EXTENSION OF DISCOVERY CUT-OFF DEADLINE**, a copy of which is attached hereby served upon you.

Respectfully submitted:

By: /s/ Thomas B. Bacon

Thomas B. Bacon, Esq.
Attorney-At-Law
1515 Grant Street
Hollywood, FL 33020
ph. (954) 925-6488
fax (954) 237-5506
baconlaw@bellsouth.net

and
Jonathan E. Lerner, Esq.
P.O. Box 694
Wilmette, IL 60091
847-271-2360
fx 847-256-3038
email jlernerlaw@aol.com
Ill Bar. Id No. 1622242

### Certificate of Service

I hereby certify that a copy of the foregoing was served upon the persons referenced above via the Court's CM/ECF system this 9th day of May, 2008.

By: /s/ Thomas B. Bacon
Thomas B. Bacon, Esq.