**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Disabled Patriots of America Inc, et al.
                                            Plaintiff,

v.                                                                            Case No.: 1:07−cv−06362
                                                                             Honorable Joan H. Lefkow

Town & Country Chicago Associates LLC
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 5/22/2008 and continued to 6/12/2008 at 09:30 AM. It is reported that the case has settled subject to consent decree being entered. Plaintiff's second motion to compel [26] and stipulated motion for extension of discovery cut−off deadline [28] are denied as moot in light of the settlement.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.