

Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6362 | **DATE** | 6/12/2008 |
| **CASE TITLE** | Disabled Patriots of America, Inc. vs. Town & Country Chicago Associates | | |

Status hearing stricken. Enter Consent Decree. This Court retains jurisdiction to enforce, as necessary, the terms of this decree. Civil Case Terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 13 PM 2:25
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|